# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| GAIL J. HUTCHURSON, | No. C 11-5350 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |
| _____/ | |

On November 14, 2011, the Defendant in the above-captioned matter filed a motion to dismiss, with a noticed hearing date of December 22, 2011. Dkt. No. 3. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the December 22 hearing and ORDERS Plaintiff Gail J. Hutchurson to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by December 15, 2011. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on December 29, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. If Plaintiff fails to file a responsive declaration, Plaintiff is hereby informed that the Court may dismiss the case without a hearing. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: December 1, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GAIL J. HUTCHURSON,

            Plaintiff,

  v.

SOCIAL SECURITY ADMINISTRATION,

            Defendant.

Case Number: CV11-05350 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gail J. Hutchurson
P.O. Box 641251
San Francisco, CA 94164

Dated: December 1, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk